IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 24-MJ-868STE |
| MARQUISE D. BRODHEAD, | ) Violation: 18 U.S.C. §3615 |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges:

### COUNT 1

**(Failure to pay fines as ordered)**

On or about June 16, 2024 in Comanche County, in the Western District of Oklahoma,

--------------------**MARQUISE D. BRODHEAD**-----------------------------

the defendant herein, did fail to pay fines as ordered by the court. On May 22, 2024, the defendant appeared before the undersigned Judge for Bench Trial and was found guilty after trial. He was ordered to pay fines and assessments totaling 290.00 with a final payment due date of June 15, 2024. The Defendant has failed to do so. The current balance including all delinquency fees is $353.75.

All of said act is in violation of Title 18 § 3615.

Dated this 2nd day of December 2024.

ROBERT J. TROESTER
United States Attorney

J. DALTON SLATTON
Special Assistant U.S. Attorney
Office of the Staff Advocate
Fort Sill, Oklahoma 73503
(580) 442-3900